UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELSEY FOX,<br><br>       Plaintiff<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>       Defendant | Case No.: 2:25-cv-01711-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

   I ORDER that the plaintiff's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the plaintiff's citizenship as required by that rule.

   I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by September 29, 2025.

   DATED this 15th day of September, 2025.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE