UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELSEY FOX, | Case No.: 2:25-cv-01711-APG-BNW |
| Plaintiff | **Order Granting Motion to Remand** |
| v. | [ECF No. 7] |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | |
| Defendant | |

Progressive Direct Insurance removed this case to federal court based on diversity jurisdiction. Kelsey Fox moves to remand, asserting that she is seeking to recover only $50,000 in this lawsuit, which is below this court's $75,000 jurisdictional threshold. ECF No. 7. Because Fox has clarified that she is seeking only $50,000, this court lacks subject matter jurisdiction over this dispute. 28 U.S.C. § 1332(a). I therefore must remand the case to state court.

Fox also requests an award of fees and costs incurred in connection with Progressive's removal. Fox contends that because removal was improper, she should be reimbursed for the needlessly incurred expenses. However, her complaint could easily be interpreted as seeking well more than $50,000. ECF No. 1 at 6-14. Therefore, it was foreseeable and understandable that Progressive would attempt to remove the case to federal court. Fox's counsel can avoid such problems in the future by explicitly stating in the complaint that the plaintiff is not seeking in excess of $75,000. I deny Fox's requests for an award of costs and attorney fees.

/ / / /

/ / / /

/ / / /

I THEREFORE ORDER that the plaintiff's motion to remand **(ECF No. 7) is granted**. This case is remanded to the state court from which it was removed for all further purposes. The clerk of the court is kindly directed to close this case.

DATED this 5th day of November, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE